61 A.3d 192

**Anthony HENRY, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, CCP, Stenographer's Office of Philadelphia County, Respondents.**

**No. 204 EM 2012.**

Supreme Court of Pennsylvania.

Feb. 6, 2013.

**ORDER**

PER CURIAM.

**AND NOW,** this 6th day of February, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**